NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXANDER COREY BOYNTON,　　　)
DOC #C10960,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Case No.  2D16-3581
STATE OF FLORIDA,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　)
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Howard L. Dimmig, II, Public Defender,
and Dan Hallenberg, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.